# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID GERARD MANNELLA

NO. 2019 KW 1642

FEB 1 8 2020

---

In Re:   State of Louisiana, applying for supervisory writs,
         22nd Judicial District Court, Parish of St. Tammany,
         No. 613271.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                         **TMH**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT